**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR96-18ML** **DATE: September 30, 2005**

**TITLE: USA v. FERDINANDO LOMBARDI, SR.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**
Andy Reich, AUSA
Ed Roy, Esq.
David Borelli, Probation

**PROCEEDING:**
Probation Violation Hearing:

Court informs Deft of rights and violations.
Deft understands rights and violations.
Hearing scheduled for 10/11/05 at 11:00 a.m.
Toll the period of supervised release.
Deft released on previous conditions.
Court addresses Deft.