AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

U.S.

APPEARANCE

v.

Ferdinando Lombardi, Sr.

CASE NUMBER: CR 96-18ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the defendant, Fernando Lombardi, Sr

I certify that I am admitted to practice in this court.

9-30-05

*Date*

Edward C Roy

*Signature*

Edward C. Roy, Jr.

*Print Name* *Bar Number*

10 Weybosset St.

*Address*

Providence, RI 02903

*City* *State* *Zip Code*

401-528-4281

*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.